# Exhibit C

**FOLEY**

January 9, 2017

<u>VIA FEDEX AND E-MAIL</u>

Andres H. Sandoval, Esquire
Astigarraga Davis
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131

    Re: Al-Saleh/Sargeant Settlement – Executed Releases

Dear Andres,

  Pursuant to the January 6, 2017 Amendment to the Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh"), Mustafa Abu-Naba'a, and Harry Sargeant, III, enclosed are the following fully executed documents:

    (1) Release of Burford Capital, LLC, Dundrod Investments, Ltd. (the "Burford Entities") and Al-Saleh by Deborah Sargeant Individually and Harry Sargeant, III and Deborah Sargeant as Tenants by the Entireties;

    (2) Release of the Burford Entities and Al-Saleh by IOTC USA; and

    (3) Release of the Burford Entities and Al-Saleh by the SA Parties and the SA Release Parties.

  Please let me know if you have any questions.

            Best Regards,

            *[signature]*
            Melissa B. Coffey

cc: Edward Davis, Esquire
   Gregory Grossman, Esquire
   Christopher Kise, Esquire
   Joshua Hawkes, Esquire

## RELEASE OF AL-SALEH, BURFORD CAPITAL, LLC, AND DUNDROD INVESTMENTS, LTD. BY DEBORAH SARGEANT INDIVIDUALLY AND HARRY SARGEANT, III AND DEBORAH SARGEANT AS TENANTS BY THE ENTIRETIES

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III ("Sargeant") and Mustafa Abu-Naba'a on the other hand ("Settlement Agreement"), and in order to induce Al-Saleh to enter into the Settlement Agreement, Deborah Sargeant individually and Sargeant and Deborah Sargeant as tenants by the entireties (hereinafter referred to as "RELEASORS") for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, do hereby remise, release, acquit, satisfy and forever discharge, and by these presents do on behalf of each of the RELEASORS and each of his or her current and former officers, directors, agents, attorneys, shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, predecessors, successors, executors, administrators, beneficiaries, heirs, assigns and all persons acting by or through such RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES (as defined below) from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, fixed or contingent, accrued or un-accrued, liquidated or unliquidated, at law or in equity or under federal, state, local, statutory or common law, foreign, international, or other law, rule, or regulation, which against any one or more of the RELEASEES, any RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever, including, but not limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASORS and RELEASEES, from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Al-Saleh.

As used herein, "RELEASEES" means: (a) Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions

Release of Al-Saleh
Page 2

the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all Claims or potential Claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASORS, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, as of this 28th day of October, 2016.

_Deborah Sargeant_
**Deborah Sargeant**


_____
**Harry Sargeant, III**

2

Release of Al-Saleh
Page 2

the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all Claims or potential Claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASORS, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, as of this 28th day of October, 2016.

_____
Deborah Sargeant

*[signature]*
_____
Harry Sargeant, III

## RELEASE OF AL-SALEH BY IOTC USA

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III and Mustafa Abu-Naba'a on the other hand ("Settlement Agreement") and in order to induce Al-Saleh to enter into the Settlement Agreement, International Oil Trading Company, LLC (hereinafter referred to as "RELEASOR") for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, does hereby remise, release, acquit, satisfy and forever discharge, and by these presents does on behalf of itself and each of its current and former officers, directors, agents, attorneys, shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, predecessors, successors, executors, administrators, beneficiaries, heirs, assigns and all persons acting by or through RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES (as defined below) from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, fixed or contingent, accrued or un-accrued, liquidated or unliquidated, at law or in equity or under federal, state, local, statutory or common law, foreign, international, or other law, rule, or regulation, which against any one or more of the RELEASEES, RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever, including, but not limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASOR and RELEASEES, from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Al-Saleh.

As used herein, "RELEASEES" means: (a) Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASOR further declares and acknowledges RELEASOR is acting upon RELEASOR'S own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this Release, and that RELEASOR is

Release of Al-Saleh by IOTC USA
Page 2

acting with the advice of legal counsel chosen by RELEASOR. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASOR, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASOR'S consent and acceptance of the foregoing, RELEASOR has signed below, effective this 28th day of October, 2016.

International Oil Trading Company, LLC

By: _____
Print Name: Harry Sargeant III
Its: Manager

## RELEASE OF AL-SALEH, BURFORD CAPITAL, LLC, AND DUNDROD INVESTMENTS, LTD.

### KNOW ALL PERSONS BY THESE PRESENTS:

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III and Mustafa Abu-Naba'a on the other hand ("Settlement Agreement"), and in order to induce Al-Saleh to enter into the Settlement Agreement, Harry Sargeant, III, Harry Sargeant, IV, Kevin G. Kirkeide, Mustafa Abu-Naba'a, Karim Abu-Naba'a, BTB Refining, LLC, Global Oil Management Group, Ltd., Global Oil 604, LLC, International Oil Trade Centre (a/k/a IOTC Jordan), International Oil Trading Company, Ltd. (a/k/a IOTC Bahamas), International Oil Trading Company, B.V. (a/k/a IOTC BV), S.A. Acquisitions, LLC, Sargeant Marine Limited, and Tennyson Villa, LLC (hereinafter referred to as "RELEASORS") for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, do hereby remise, release, acquit, satisfy and forever discharge, and by these presents do on behalf of each of the RELEASORS and each of his or its current and former officers, directors, agents, attorneys, shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, predecessors, successors, executors, administrators, beneficiaries, heirs, assigns and all persons acting by or through such RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES (as defined below) from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, fixed or contingent, accrued or un-accrued, liquidated or unliquidated, at law or in equity or under federal, state, local, statutory or common law, foreign, international, or other law, rule, or regulation, which against any one or more of the RELEASEES, any RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever, including, but not limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASORS and RELEASEES, from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

Notwithstanding the foregoing, this Release shall not apply to: (a) any Claim possessed by Abu-Naba'a against Al-Saleh arising in, under, against, or in connection with that certain parcel of real property comprised of approximately 2800 square meters at Malecon near the Lebanese, Syrian, Palestinian Club in Santo Domingo, Dominican

Release of Al-Saleh
Page 2

Republic ("DR Property"), or that certain company that owns or has rights to the DR Property, which property was referenced on pages 197-200 of the deposition transcript of Abu-Naba'a dated December 17, 2013; or (b) any Claim possessed by Abu-Naba'a, Sargeant, or International Oil Trade Centre (a/k/a IOTC Jordan) against Al-Saleh regarding the imposition, liability, or payment of taxation to the Hashemite Kingdom of Jordan relating to International Oil Trade Centre (a/k/a IOTC Jordan).

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Al-Saleh.

As used herein, "RELEASEES" means: (a) Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASOR, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, as of this 28th day of October, 2016.

_____
Harry Sargeant, III

_____
Harry Sargeant, IV

_____
Kevin G. Kirkeide

2

Release of Al-Saleh
Page 2

Republic ("DR Property"), or that certain company that owns or has rights to the DR Property, which property was referenced on pages 197-200 of the deposition transcript of Abu-Naba'a dated December 17, 2013; or (b) any Claim possessed by Abu-Naba'a, Sargeant, or International Oil Trade Centre (a/k/a IOTC Jordan) against Al-Saleh regarding the imposition, liability, or payment of taxation to the Hashemite Kingdom of Jordan relating to International Oil Trade Centre (a/k/a IOTC Jordan).

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Al-Saleh.

As used herein, "RELEASEES" means: (a) Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions the foregoing would, or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASOR, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, as of this 28th day of October, 2016.

Harry Sargeant, III

Harry Sargeant, IV

Kevin G. Kirkeide

Release of Al-Saleh
Page 2

Republic ("DR Property"), or that certain company that owns or has rights to the DR Property, which property was referenced on pages 197-200 of the deposition transcript of Abu-Naba'a dated December 17, 2013; or (b) any Claim possessed by Abu-Naba'a, Sargeant, or International Oil Trade Centre (a/k/a IOTC Jordan) against Al-Saleh regarding the imposition, liability, or payment of taxation to the Hashemite Kingdom of Jordan relating to International Oil Trade Centre (a/k/a IOTC Jordan).

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Al-Saleh.

As used herein, "RELEASEES" means: (a) Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASOR, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, as of this 28th day of October, 2016.


**Harry Sargeant, III**


**Harry Sargeant, IV**

**Kevin G. Kirkeide**

Release of Al-Saleh
Page 3

*[signatures]*
Mustafa Abu-Naba'a

Karim Abu-Naba'a

**BTB Refining, LLC**

By: _____
Print Name:
Its: _____

**Global Oil Management Group, Ltd.**

By: _____
Print Name:
Its: _____

**Global Oil 604, LLC**

By: _____
Print Name:
Its: _____

**International Oil Trade Centre (IOTC Jordan)**

By: _____
Print Name:
Its: _____

**International Oil Trading Company, Ltd. (IOTC Bahamas)**

By: _____
Print Name:
Its: _____

**International Oil Trading Company, B.V. (IOTC BV)**

By: _____
Print Name:
Its: _____

Release of Al-Saleh
Page 3

_____
**Mustafa Abu-Naba'a**

_____
**Karim Abu-Naba'a**

**BTB Refining, LLC**

By: _[signature]_
Print Name: Kevin Birkell
Its: Manager

**Global Oil Management Group, Ltd.**

By: _____
Print Name: _____
Its: _____

**Global Oil 604, LLC**

By: _[signature]_
Print Name: Kevin Birkell
Its: Manager

**International Oil Trade Centre (IOTC Jordan)**

By: _____
Print Name: _____
Its: _____

**International Oil Trading Company, Ltd. (IOTC Bahamas)**

By: _____
Print Name: _____
Its: _____

**International Oil Trading Company, B.V. (IOTC BV)**

By: _[signature]_
Print Name: Kevin Birkell
Its: Managing Director

Release of Al-Saleh
Page 3

_____
Mustafa Abu-Naba'a

_____
Karim Abu-Naba'a

**BTB Refining, LLC**

By: _____
Print Name:
Its: _____

**Global Oil Management Group, Ltd.**

By: _____
Print Name: Rashad Zubi
Its: Director

**Global Oil 604, LLC**

By: _____
Print Name:
Its: _____

**International Oil Trade Centre (IOTC Jordan)**

By: _____
Print Name: Rashad Zubi
Its: Managing Director

**International Oil Trading Company, Ltd. (IOTC Bahamas)**

By: _____
Print Name:
Its: _____

**International Oil Trading Company, B.V. (IOTC BV)**

By: _____
Print Name:
Its: _____

3

_____
**Mustafa Abu-Naba'a**

_____
**Karim Abu-Naba'a**

**BTB Refining, LLC**

By: _____
Print Name:
Its: _____

**Global Oil Management Group, Ltd.**

By: _____
Print Name:
Its: _____

**Global Oil 604, LLC**

By: _____
Print Name:
Its: _____

**International Oil Trade Centre (IOTC Jordan)**

By: _____
Print Name:
Its: _____

**International Oil Trading Company, Ltd. (IOTC Bahamas)**

By: _[signature]_
Print Name: Harry Sargeant III
Its: Director

**International Oil Trading Company, B.V. (IOTC BV)**

By: _____
Print Name:
Its: _____

**S.A. Acquisitions, LLC**

By: _[signature]_
Print Name: Harry Sargeant III
Its: Manager

**Sargeant Marine Limited**

By: _____
Print Name:
Its: _____

**Tennyson Villa, LLC**

By: _____
Print Name:
Its: _____

Release of Al-Saleh
Page 4

**S.A. Acquisitions, LLC**

By: _____
Print Name:
Its: _____

**Sargeant Marine Limited**

By: _/s/_____
Print Name: Ramad Zubi
Its: Director

**Tennyson Villa, LLC**

By: _____
Print Name:
Its: _____
4

Release of Al-Saleh
Page 4

**S.A. Acquisitions, LLC**

By: _____
Print Name:
Its: _____

**Sargeant Marine Limited**

By: _____
Print Name:
Its: _____

**Tennyson Villa, LLC**

By: _____
Print Name: GREGORY LAWRENCE
Its: Member

4