UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 9:18-cv-80748-DMM

DANIEL HALL, BURFORD CAPITAL LLC, and DUNDROD INVESTMENTS LTD.,

    Plaintiffs,

vs.

HARRY SARGEANT, III,

    Defendant.

**DUNDROD INVESTMENTS LTD.**
**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, Dundrod Investments Ltd. makes the following disclosure: Dundrod Investments Ltd. is a Guernsey registered company, and is wholly owned by BC Holdings Limited, also a Guernsey registered company. BC Holdings Limited, in turn, is 100% owned by Burford Capital Limited, which is a publicly held corporation registered in Guernsey.

    Dated: June 11, 2018

Respectfully submitted,

By /s/ *Armando Cordoves, Jr.*
Samuel A. Danon
Fla. Bar No. 0892671
sdanon@HuntonAK.com
Armando Cordoves, Jr.
Fla. Bar No. 112425
acordoves@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
Sabadell Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2510
Facsimile: (305) 810-2460

Derek T. Ho
Andrew E. Goldsmith
**KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dho@kellogghansen.com
agoldsmith@kellogghansen.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/ *Armando Cordoves, Jr.*