# Exhibit 2

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AB
CASE NO. 50-2018-CA-007932-XXXX-MB

HARRY SARGEANT,
   Plaintiff/Petitioner

vs.

DANIEL SARGEANT,
ANDREW PRESTON,
LATIN AMERICAN INVESTMENTS LTD,
et al.,
   Defendant/Respondents.
_____/

## ORDER SETTING SPECIAL SET HEARING

The following matter has been specially set for hearing before Judge Peter D. Blanc in Courtroom 11A of the Palm Beach County Courthouse, 205 N. Dixie Highway, West Palm Beach, FL 33401:

    **DATE:**    Tuesday, September 18, 2018

    **TIME:**    10:30 AM (30 min.)

    **MATTER:**    Defendant Daniel Hall's Motion to Stay

**THIS MATTER HAS BEEN SPECIALLY SET BY COURT ORDER AND CANNOT BE CANCELED OR RESET EXCEPT BY COURT ORDER.**

IT IS THE INTENT OF THIS COURT TO DISPOSE OF THE SUBJECT MATTER OF THE SPECIALLY SET MOTION ON THE DATE AND TIME APPEARING ABOVE. Accordingly, all counsel or self-represented parties must either: (1) be present personally or by telephone conference call at the hearing (telephone appearance must be approved in advance); or (2) submit an <u>Agreed Order disposing of the motion at least 48 business hours prior to the hearing</u>.

**AT LEAST SEVEN (7) DAYS PRIOR TO THE HEARING, THE PARTIES SHALL SUBMIT HARD COPIES OF ALL MOTIONS, RESPONSES, EXHIBITS THERETO, MEMORANDA (WHICH SHALL NOT EXCEED TEN (10) DOUBLE SPACED PAGES), AND CASE AUTHORITY (WHICH MUST BE TABBED WITH PERTINENT SECTIONS HIGHLIGHTED) DIRECTLY TO MY OFFICE. THE SUBMISSIONS SHALL INDICATE THE DATE AND TIME OF THE SCHEDULED HEARING.**

**All exhibits** must be clearly marked before the hearing is set to begin. Exhibits shall be marked by a numbered sticker on the top right-hand corner of the front of each exhibit clearly identifying the *case number* and *party* who is offering the exhibit, *e.g., Plaintiff or Defendant; Petitioner or Respondent.* An Exhibit list shall be provided to the Court at the start of the hearing and **must** be numbered chronologically.

Counsel requesting this Order has certified that he/she has spoken in person or by telephone with the attorney(s) for all parties who may be affected by the relief sought in the motion in a good faith effort to resolve or narrow the issues raised.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, on this 16th day of July, 2018.

50-2018-CA-007932-XXXX-MB   07/16/2018
Peter D. Blanc   Judge

50-2018-CA-007932-XXXX-MB   07/16/2018
Peter D. Blanc
Judge

Copies furnished VIA JUDICIAL E-SERVICE (U.S. MAIL to pro se parties):

| Name | Address | Email |
|---|---|---|
| LATIN AMERICAN INVESTMENTS LTD | 3020 NORTH MILITARY TRAIL, #100 BOCA RATON, FL 33431 | No E-mail Address Available |
| ANDREW PRESTON | ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON, ENGLAND EC3A 7AR | No E-mail Address Available |
| ARMANDO CORDOVES | No Address Available | acordoves@huntonak.com avaldes@huntonak.com |
| CHRISTOPHER M KISE | 106 EAST COLLEGE AVE SUITE 900 TALLAHASSEE, FL 32301 | ckise@foley.com |
| CHRISTOPHER M. KISE | No Address Available | ckise@foley.com |
| DANIEL SARGEANT | 2101 SPANISH RIVER RD BOCA RATON, FL 33432 | No E-mail Address Available |
| GREGORY COLEMAN | 303 BANYAN BLVD SUITE 400 WEST PALM BEACH, FL 33401 | gcoleman@lawclc.com gcoleman@lawclc.com sdigangi@lawclc.com cwoodward@lawclc.com |
| GREGORY W. COLEMAN | No Address Available | gcoleman@lawclc.com |
| JOSHUA M. HAWKES | No Address Available | jhawkes@foley.com |
| MELISSA B. COFFEY | No Address Available | mcoffey@foley.com |

Case No. 50-2018-CA-007932-XXXX-MB

| | | |
|---|---|---|
| SAMUEL A DANON | BARCLAYS FINANCIAL CTR<br>1111 BRICKELL AVE, 2500<br>MIAMI, FL 33131-3136 | sdanon@huntonak.com |
| SANTO DIGANGI | 303 BANYAN BLVD<br>STE. 400<br>WEST PALM BEACH, FL<br>33401 | sdigangi@lawclc.com<br>sdigangi@lawclc.com<br>sdigangi@lawclc.com<br>cwoodward@lawclc.com |

Case No. 50-2018-CA-007932-XXXX-MB

This notice is provided pursuant to Administrative Order No. 2.207

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact , Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con , 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte , kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."