# Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-CV-80748-ALTMAN/Reinhart

DANIEL HALL, BURFORD CAPITAL LLC,
and DUNDROD INVESTMENTS LTD.,

      Plaintiffs,

v.

HARRY SARGEANT, III,

      Defendant.

_____/

### <u>DECLARATION OF AVIVA O. WILL</u>

Aviva O. Will declares and says:

      1.   I am an attorney and active member in good standing of the bar of the State of New York.  I am a Senior Managing Director at Plaintiff Burford Capital LLC.  Among other duties, I oversee investments by Burford Capital LLC and related entities (collectively, "Burford"), including Burford's investments in connection with Mohammad Al-Saleh's litigation against Defendant Harry Sargeant, III.

      2.   During my March 12, 2019 testimony in this case as the corporate designee of Plaintiffs Burford Capital LLC and Dundrod Investments Ltd., I discussed two exhibits illustrating the corporate relationship among certain corporate entities.  Burford maintains its corporate organizational structure as confidential and proprietary.  Burford's corporate organizational charts are not widely shared among Burford employees.  To my knowledge they have not previously been made public.

3.    During my testimony I also discussed a services agreement among Burford entities.  That agreement governs, among other things, Burford entities' roles in connection with Burford investments.  Burford maintains this agreement as confidential and proprietary.  To my knowledge it has not previously been made public.

4.    During my testimony I also discussed the Forward Purchase Agreement between Dundrod Investments Ltd. and Mohammed Al-Saleh.  The court in *In re International Oil Trading Co.*, 548 B.R. 825, 838-39 (Bankr. S.D. Fla. 2016), held the agreement to be work product but ordered that a redacted version of the agreement be produced under the circumstances of that case.  That order did not make the agreement available to the public at large, however, and Burford continues to maintain the agreement as confidential and proprietary. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 2, 2019

_____

Aviva O. Will