UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 18-cv-80748-BLOOM/ALTMAN**

DANIEL HALL, BURFORD CAPITAL, LLC
and DUNDROD INVESTMENTS, LTD.,

      Plaintiffs,

v.

HARRY SARGEANT, III,

      Defendant
_____/

## NON-PARTY SARGEANT MARINE, INC.'S OBJECTION TO DEFENDANT'S ORAL REQUEST AT THE JUNE 24, 2019 HEARING TO FORENSICALLY IMAGE AND COPY HS3'S ARCHIVED EMAIL FOLDERS FROM THE SARGEANT SERVER

Non-Party, Sargeant Marine, Inc. ("Sargeant Marine") respectfully files its objection to Harry Sargeant, III's ("HS3") oral request at the June 24, 2019 hearing on Defendant's Objections to March 13, 2019 Discovery Rulings (DE #156), to forensically examine and copy the archived email folders of Harry Sargeant, III ("HS3") from the Sargeant Server.

This objection is based on, *inter alia*: (1) the reasons stated at the March 13, 2019 discovery hearing; (2) the reasons in Magistrate Reinhart's Oral Memorializing Discovery Rulings, dated March 14, 2019 (DE #145); and (3) the reasons set forth in Plaintiffs' Response to Defendant Harry Sargeant, III's Objections to Magistrate Judge's March 13, 2019 Discovery Rulings (DE #169). Sargeant Marine reserves the right to further brief this issue prior to a further hearing on this issue.[1]

---

[1] Sargeant Marine and its affiliated non-parties further object to any forensic examination and imaging by any professional, consultant or expert retained by HS3 or HS3's attorneys even on the

- 2 -

Dated: June 24, 2019

Respectfully submitted,

*s/ Jeffrey S. Wertman*
   Charles H. Lichtman
   Florida Bar No. 501050
   Jeffrey S. Wertman
   Florida Bar No. 3093
   Alejandro Miyar
   Florida Bar No. 105399
   BERGER SINGERMAN LLP
   350 East Las Olas Blvd., Suite 1000
   Telephone: (954) 525-9900
   Facsimile:  (954) 523-2872
   clichtman@bergersingerman.com
   jwertman@bergersingerman.com
   amiyar@bergersingerman.com
   ***Attorneys for Sargeant Marine, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2019, I caused the foregoing document to be served on all counsel of record identified on the attached Service List via electronic mail.

*s/ Jeffrey S. Wertman*
   Jeffrey S. Wertman

---

most limited basis, and submit any forensic examination or copying be done by a mutually agreeable, independent expert to be agreed upon by Sargeant Marine and the parties, at the sole cost and expense of HS3, with the strictly possible confidentiality and protocols in place.

- 2 -

9180925-1

## SERVICE LIST

Derek T. Ho
dho@kellogghansen.com
Andrew Goldsmith
agoldsmith@kellogghansen.com
**KELLOG HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.**
Summer Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiffs, Daniel Hall, Burford Capital, LLC and Dundrod Investments, Ltd.*

Samuel A. Danon
sdanon@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
*Attorneys for Plaintiffs, Daniel Hall, Burford Capital, LLC and Dundrod Investments, Ltd.*

Christopher M. Kise
ckise@foley.com
Melissa B, Coffey
mcoffey@foley.com
Joshua M. Hawkes
jhawkes@foley.com
**FOLEY & LARDNER LLP**
106 East College Avenue, Suite 900
Tallahassee, Florida 32301-7732
*Attorneys for Defendant, Harry Sargeant, III*

Ryon M. McCabe
rmccabe@mccaberabin.com
Adam T. Rabin
arabin@mccaberabin.com
**MCCABE RABIN, P.A.**
1601 Forum Place, Suite 201
West Palm Beach, Florida 33401-8102
*Attorneys for Defendant, Harry Sargeant, III*

9180925-1