# Defendant's Exhibit 8:

# Hall Employment Contract

# Designated Confidential – Subject to Forthcoming Motion to Seal