# Defendant's Exhibit 72A:

# Burford Focus Purchase Agreement

EXECUTION VERSION

DATED

*30 December 2014*

SHARE PURCHASE AGREEMENT

between

(1) DANIEL JAMES HALL

(2) MICHAEL ANDREW REDMAN

AND

(3) BURFORD CAPITAL (UK) LIMITED

310797 6

THIS AGREEMENT is dated ...30... December 2014

PARTIES

(1)   DANIEL JAMES HALL, and individual currently residing at FB 222 Cavendish Road, London, SW12 0BX; and

(2)   MICHAEL ANDREW REDMAN, an individual currently residing at 1-3 Seward Street, Flat 18, London, EC1V 3NY.

      (together the Sellers)

(3)   BURFORD CAPITAL (UK) LIMITED, a company incorporated and registered in England and Wales with company number 06016163 whose registered office is at Norfolk House, Wellesley Road, Croydon CRO 1LH (Buyer).

BACKGROUND

The Sellers have agreed to sell and the Buyer has agreed to buy the Sale Shares subject to the terms and conditions of this agreement.

AGREED TERMS

1.   INTERPRETATION

1.1   The definitions and rules of interpretation in this clause apply in this agreement.



Company: Focus Intelligence Limited, a company incorporated and registered in England and Wales with company number 08177411 whose registered office is at 15 Old Bailey, London EC4M 7EF, further details of which are set out in Schedule 1.

Completion: completion of the sale and purchase of the Sale Shares in accordance with this agreement.

Confidential

i

310797.6

CONFIDENTIAL                                                                                          BUR_0003709



**Sale Shares:** the 100 shares of £1 each in the Company, all of which have been issued and are fully paid.



2

310797.6



Confidential

2.    SALE AND PURCHASE

2.1    Each of the Sellers shall sell and the Buyer shall buy, with effect from Completion, the Sale Shares owned by such Seller with full title guarantee, free from all Encumbrances and together with all rights attached or accruing to them.

Confidential

3

3107976

BUR_0003711



4.   COMPLETION



4.3   Prior to and as a condition precedent to Completion, the Sellers shall execute an Employment Agreement with the Buyer, effective as of 1 January 2015.



4

3107926



Confidential

5

3107976

CONFIDENTIAL



Confidential

6

3107976

CONFIDENTIAL
BUR_0003714



Confidential

7

310797.6

CONFIDENTIAL



Confidential

8

310797.6

CONFIDENTIAL

BUR_0003716



Confidential

9

CONFIDENTIAL
BUR_0003717



Confidential

10

3107976

CONFIDENTIAL



Confidential

11

310797.6

BUR_0003719



Confidential

12

3187976

CONFIDENTIAL
BUR_0003720



Confidential

Confidential

14

3107976

CONFIDENTIAL
BUR_0003722



Confidential

15

310797.6

CONFIDENTIAL



Confidential

16

3107976

CONFIDENTIAL



Confidential

17

310797.6

BUR_0003725



Confidential

18

310797.6

CONFIDENTIAL



Confidential

3107976

CONFIDENTIAL

BUR_0003727



Confidential

20

3107976

CONFIDENTIAL

BUR_0003728



Confidential

21

310797.6

CONFIDENTIAL

BUR_0003729

Signed by Daniel James Hall

..............................................

Signed by Michael Andrew Redman

..............................................

Signed by .................................          ..........................................

for and on behalf of Burford Capital          Director

(UK) Limited

22

3:07797.6

Signed by Daniel James Hall

Signed by Michael Andrew Redman

Signed by J N ROWLES-DAVIES
for and on behalf of Burford Capital
(UK) Limited

Director

22

3 (8797.6

CONFIDENTIAL