# Defendant's Exhibit 21:

# AS-H3 Release Draft 2

| | |
|---|---|
| **From:** | Coffey, Melissa B. <MCoffey@foley.com> |
| **Sent:** | Monday, October 10, 2016 6:33 PM |
| **To:** | &apos; Andres Sandoval&apos; <asandoval@astidavis.com> |
| **Cc:** | Kise,Chris; &apos; Gregory W. Coleman&apos; <GColeman@lawclc.com>; Charles W. Throckmorton&apos; <cwt@kttlaw.com>; David L Rosendorf; Edward H. Davis,Jr.; Greg Grossman; Hawkes,Josh; Coffey,Melissa B. |
| **Subject:** | RE: Sargeant -- Draft Releases for Your Review |
| **Attachments:** | SA EDITS - Release by Al-Saleh and Burford Entites of the SA Parties SA Release Parties and Deborah Sargeant.doc; SA EDITS - Release by Deborah Sargeant and Sargeant TBE of Al-Saleh and Burford Entities.doc; SA EDITS - Release by SA Parties and SA Release Parties of Al-Saleh and Burford Entities.doc; SA EDITS - Release by IOTC USA of Al-Saleh and Burford Entities.doc |

Andres –

Here are our initial edits to the releases. We may have some additional changes but wanted to send what we have now for you all to review.

Best,
Melissa

**From:** Andres Sandoval [mailto:asandoval@astidavis.com]
**Sent:** Wednesday, October 05, 2016 3:35 PM
**To:** Coffey, Melissa B.
**Cc:** Kise, Chris; 'Gregory W. Coleman'; 'Charles W. Throckmorton'; David L Rosendorf; Edward H. Davis, Jr.; Greg Grossman
**Subject:** Sargeant -- Draft Releases for Your Review

Melissa:

Attached, please find draft releases for your review.

This is item no. 11 on the attached list.

Thanks,

**Andres H. Sandoval**
Astigarraga Davis Mullins & Grossman, P.A.
O: (+1) 305-372-8282
D: (+1) 786-924-5244

STATEMENT OF CONFIDENTIALITY
The information in this e-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this email. Please contact the sender at the above number immediately. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality.

1

## RELEASE OF AL-SALEH, BURFORD CAPITAL, LLC, AND DUNDROD INVESTMENTS, LTD.

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III and Mustafa Abu-Naba'a on the other hand ("Settlement Agreement"), and in order to induce Al-Saleh to enter into the Settlement Agreement, Harry Sargeant, III, Harry Sargeant, IV, Kevin G. Kirkeide, Mustafa Abu-Naba'a, Karim Abu-Naba'a, BTB Refining, LLC, Global Oil Management Group, Ltd., Global Oil 604, LLC, International Oil Trade Centre (a/k/a IOTC Jordan), International Oil Trading Company, Ltd. (a/k/a IOTC Bahamas), International Oil Trading Company, B.V. (a/k/a IOTC BV), S.A. Acquisitions, LLC, Sargeant Marine Limited, and Tennyson Villa, LLC (hereinafter referred to as ""RELEASORS"") for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, do hereby remise, release, acquit, satisfy and forever discharge, and by these presents do on behalf of each of the RELEASORS and each of his or its current and former officers, directors, agents, attorneys, shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, predecessors, successors, executors, administrators, beneficiaries, heirs, assigns and all persons acting by or through such RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES (as defined below) from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, fixed or contingent, accrued or un-accrued, liquidated or unliquidated, at law or in equity or under federal, state, local, statutory or common law, foreign, international, or other law, rule, or regulation, which against any one or more of the RELEASEES, any RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever, including, but limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASORS and RELEASEES, from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

Notwithstanding the foregoing, this Release shall not apply to: (a) any Claim possessed by Abu-Naba'a against Al-Saleh arising in, under, against, or in connection with that certain parcel of real property comprised of approximately 2800 square meters at Malecon near the Lebanese, -Syrian, Palestinian Club in Santo Domingo, Dominican

Release of Al-Saleh
Page 2

Republic ("DR Property"), or that certain company that owns or has rights to the DR Property, which property was referenced on pages 197-200 of the deposition transcript of Abu-Naba'a dated December 17, 2013; or (b) any eClaim possessed by Abu-Naba'a, Sargeant, or International Oil Trade Centre (a/k/a IOTC Jordan) against Al-Saleh regarding the imposition, liability, or payment of taxation to the Hashemite Kingdom of Jordan relating to International Oil Trade Centre (a/k/a IOTC Jordan)any of the RELEASORS or RELEASEES.

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Mohammad Al-Saleh.

As used herein, ""RELEASEES"" means: (a) Mohammad Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASOR, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, effective as of this _____ day of _____, 2016.

_____
**Harry Sargeant, III**

_____
**Harry Sargeant, IV**

_____

2

Release of Al-Saleh
Page 3

**Kevin G. Kirkeide**

_____
**Mustafa Abu-Naba'a**

_____
**Karim Abu-Naba'a**


**BTB Refining, LLC**

By: _____
Print Name:
Its: _____


**Global Oil Management Group, Ltd.**

By: _____
Print Name:
Its: _____


**Global Oil 604, LLC**

By: _____
Print Name:
Its: _____

**International Oil Trade Centre (IOTC Jordan)**

By: _____
Print Name:
Its: _____


**International Oil Trading Company, Ltd. (IOTC Bahamas)**

By: _____
Print Name:
Its: _____

**International Oil Trading Company, B.V. (IOTC BV)**

By: _____
Print Name:

3

Release of Al-Saleh
Page 4

Its: _____

**S.A. Acquisitions, LLC**

By: _____
Print Name:
Its: _____

**Sargeant Marine Limited**

By: _____
Print Name:
Its: _____

**Tennyson Villa, LLC**

By: _____
Print Name:
Its: _____

4

## RELEASE OF AL-SALEH, BURFORD CAPITAL, LLC, AND DUNDROD INVESTMENTS, LTD. BY DEBORAH SARGEANT INDIVIDUALLY AND HARRY SARGEANT, III AND DEBORAH SARGEANT AS TENANTS BY THE ENTIRETIES

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III ("Sargeant") and Mustafa Abu-Naba'a on the other hand ("Settlement Agreement"), and in order to induce Al-Saleh to enter into the Settlement Agreement, Deborah Sargeant individually and Sargeant and Deborah Sargeant as tenants by the entireties (hereinafter referred to as "RELEASORS") for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, do hereby remise, release, acquit, satisfy and forever discharge, and by these presents do on behalf of each of the RELEASORS and each of his or her current and former officers, directors, agents, attorneys, shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, predecessors, successors, executors, administrators, beneficiaries, heirs, assigns and all persons acting by or through such RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES (as defined below) from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, fixed or contingent, accrued or un-accrued, liquidated or unliquidated, at law or in equity or under federal, state, local, statutory or common law, foreign, international, or other law, rule, or regulation, which against any one or more of the RELEASEES, any RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever, including, but limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASORS and RELEASEES, from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of ~~Mohammad~~ Al-Saleh.

As used herein, "RELEASEES" means: (a) ~~Mohammad~~ Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose

Release of Al-Saleh
Page 2

acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all Celaims or potential Celaims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

[Formatted: Add space between paragraphs of the same style, Line spacing: Multiple 1.2 li]

This Release shall be binding upon the successors and assigns of the RELEASORS, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each RELEASOR has signed below in counterparts, ~~effective~~ as of this _____ day of _____, 2016.

_____
**Deborah Sargeant**

_____
**Harry Sargeant, III**

2

## RELEASE OF SA PARTIES, SA RELEASE PARTIES, DEBORAH SARGEANT INDIVIDUALLY, HARRY SARGEANT, III AND DEBORAH SARGEANT AS TENANTS BY THE ENTIRETIES, AND INTERNATIONAL OIL TRADING COMPANY, LLC

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III ("Sargeant") and Mustafa Abu-Naba'a ("Abu-Naba'a") on the other hand ("Settlement Agreement") and in order to induce Sargeant and Abu-Naba'a to enter into the Settlement Agreement, Al-Saleh, Burford Capital, LLC, and Dundrod Investments, Ltd. (hereinafter referred to as "*"*RELEASORS"*"*) for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, do hereby remise, release, acquit, satisfy and forever discharge, and by these presents does on behalf of each of the RELEASORS and each of his or its current and former officers, directors, agents, <u>attorneys,</u> shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, <u>predecessors,</u> successors, executors, <u>administrators, beneficiaries,</u> heirs, assigns and all persons acting by or through such RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES <u>(as defined below)</u> from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, <u>fixed or contingent, accrued or un-accrued, liquidated or unliquidated,</u> at law or in equity or under federal, state, <u>local, statutory or common law,</u> foreign, <u>international</u> or other law, <u>rule or regulation,</u> which against any one or more of the RELEASEES, any RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever<u>, including, but limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASORS and RELEASEES,</u> from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

Notwithstanding the foregoing, this Release shall not apply to: (a) any Claim possessed by Al-Saleh against ~~Mustafa~~ Abu-Naba'a arising in, under, against, or in connection with that certain parcel of real property comprised of approximately 2800 square meters at Malecon near the Lebanese, -Syrian, Palestinian Club in Santo Domingo, Dominican Republic ("DR Property"), or that certain company that owns or has rights to the DR Property, which property was referenced on pages 197-200 of the deposition

Release of SA Parties
Page 2

transcript of ~~Mustafa~~ Abu-Naba'a dated December 17, 2013; or (b) any ~~C~~claim possessed by Al-Saleh against Sargeant, ~~Mustafa~~ Abu-Naba'a or International Oil Trade Centre (a/k/a IOTC Jordan) regarding the imposition, liability, or payment of taxation to the Hashemite Kingdom of Jordan relating to International Oil Trade Centre (a/k/a IOTC Jordan) ~~any of the REALESORS OR or RELEASEES~~.

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of Sargeant and Abu-Naba'a.

As used herein, ~~"~~"RELEASEES~~"~~" means Sargeant ~~and~~ Abu-Naba'a (collectively, the "SA Parties"), ~~Deborah Sargeant individually, Sargeant and Deborah Sargeant as tenants by the entireties, International Oil Trading Company, LLC (a/k/a IOTC USA),~~ Harry Sargeant, IV, Kevin G. Kirkeide, Karim Abu-Naba'a, BTB Refining, LLC, Global Oil Management Group, Ltd., Global Oil 604, LLC, International Oil Trade Centre (a/k/a IOTC Jordan), International Oil Trading Company, Ltd. (a/k/a IOTC Bahamas), International Oil Trading Company, B.V. (a/k/a IOTC BV), S.A. Acquisitions, LLC, Sargeant Marine Limited, and Tennyson Villa, LLC (collectively, the "SA Release Parties"), Deborah Sargeant individually, Sargeant and Deborah Sargeant as tenants by the entireties, and International Oil Trading Company, LLC (a/k/a IOTC USA), ~~and~~ all persons or entities for whose acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASORS further declare and acknowledge RELEASORS are acting upon RELEASORS' own best judgment, belief and knowledge of the nature and validity of any and all ~~c~~Claims or potential ~~c~~Claims in making this Release, and that RELEASORS are acting with the advice of legal counsel chosen by RELEASORS. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASORS, and shall inure to the benefit of the successors and assigns of RELEASEES.

Wherefore to signify RELEASORS' consent and acceptance of the foregoing, each REALEASOR has signed below in counterparts, ~~effective~~ as of this _____ day of _____, 2016.

2

Release of SA Parties
Page 3

_____
Mohammad Al-Saleh

**Burford Capital, LLC**

By: _____
Print Name: _____
Its: _____

**Dundrod Investments, Ltd.**

By: _____
Print Name: _____
Its: _____

## RELEASE OF AL-SALEH BY IOTC USA

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, with the exception of the obligations and covenants set forth in that certain Settlement Agreement between Mohammad Al-Saleh ("Al-Saleh") on the one hand and Harry Sargeant, III and Mustafa Abu-Naba'a on the other hand ("Settlement Agreement") and in order to induce Al-Saleh to enter into the Settlement Agreement, International Oil Trading Company, LLC (hereinafter referred to as "RELEASOR") for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, does hereby remise, release, acquit, satisfy and forever discharge, and by these presents does on behalf of itself and each of its current and former officers, directors, agents, attorneys, shareholders, parent corporations, subsidiaries, affiliates, partners, employees, insurers, predecessors, successors, executors, administrators, beneficiaries, heirs, assigns and all persons acting by or through RELEASOR, hereby remise, release, acquit, satisfy and forever discharge RELEASEES (as defined below) from any and all manner of actions, causes of action, suits, debts, costs, loss of services, obligations, liabilities, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, disputes, trespasses, damages, judgments, executions, claims and demands whatsoever, regardless of whether known or unknown, fixed or contingent, accrued or un-accrued, liquidated or unliquidated, at law or in equity or under federal, state, local, statutory or common law, foreign, international, or other law, rule, or regulation, which against any one or more of the RELEASEES, RELEASOR ever had or now has, upon, by reason of, arising out of, or in connection with any matter, cause, or thing whatsoever, including, but limited to, any matter, cause, or thing whatsoever relating to the relationship between RELEASOR and RELEASEES, from the beginning of the world to the date hereof (collectively, "Claims" and singly, "Claim").

This Release is intended to be contractual in nature, and may not be changed except with the express prior written consent of ~~Mohammad~~ Al-Saleh.

As used herein, "RELEASEES" means: (a) ~~Mohammad~~ Al-Saleh, (b) Burford Capital, LLC, and (c) Dundrod Investments Ltd., and all persons or entities for whose acts or omissions the foregoing would or could be derivatively or vicariously liable or to whom the foregoing could or would owe indemnification.

RELEASOR further declares and acknowledges RELEASOR is acting upon RELEASOR'S own best judgment, belief and knowledge of the nature and validity of any and all claims or potential claims in making this Release, and that RELEASOR is

Release of Al-Saleh by IOTC USA
Page 2

acting with the advice of legal counsel chosen by RELEASOR. This Release should be broadly construed in favor of the RELEASEES and shall be governed by the laws of the State of Florida, without regard to any law that would require the application of any other law to this Release.

This Release shall be binding upon the successors and assigns of the RELEASOR, and shall inure to the benefit of the successors and assigns of RELEASEES.

————Wherefore to signify RELEASOR'S consent and acceptance of the foregoing, h—RELEASOR has signed below, effective this \_\_\_\_\_ day of _____, 2016.

[Formatted: Body Text Indent]

**International Oil Trading Company, LLC**

By: _____
Print Name: _____
Its: _____

2