# Defendant's Exhibit 120:

# Declaration of Harry Sargeant, IV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-80748-ALTMAN/Reinhart

DANIEL HALL,
BURFORD CAPITAL LLC, and
DUNDROD INVESTMENTS LTD.,

    Plaintiffs,

v.

HARRY SARGEANT, III,

    Defendant.
_____/

## DECLARATION OF HARRY SARGEANT, IV

I, Harry Sargeant, IV, hereby state and declare as follows:

1. I am over the age of majority and am competent to make the statements in this declaration. The statements set forth herein are based upon my personal knowledge. I provide this declaration for use in the above-captioned case and for no other purpose.

2. From approximately 2010 through 2012, I worked as an employee and received my pay from Sargeant Bulktainers, and performed work for Sargeant Marine, Inc. and Sargeant Trading, which were all located at 3020 North Military Trail, #100, Boca Raton, Palm Beach County, Florida. Also operating out of that location were numerous other business entities also owned by Harry Sargeant, III, Harry Sargeant, Jr., Daniel Sargeant, and/or James Sargeant (collectively, the "Sargeant Family Businesses").

3. Sargeant Marine, Inc. owned a computer server (the "Sargeant Server") located at 3020 North Military Trail, #100, Boca Raton, Palm Beach County, Florida.

4. During that time, I owned and used an email account on the Sargeant Server with the following email address: hsargeantiv@sargeant.net (the "Email Account").

4850-4610-5249.1

5. I owned and controlled access to the Email Account, and only I could authorize another person to access the account.

6. I used the Email Account for my work-related emails for the Sargeant Family Businesses, and for my personal emails.

7. The Email Account contained my private and confidential business and personal information.

8. I never authorized anyone else besides Daniel Rivas, the Information Technology system administrator, to access the Email Account, or to access or obtain any information or material from the Email Account.

9. The Email Account was password protected, and I did not provide my password to anyone except for Mr. Rivas.

10. There were no policies (official or unofficial, written or unwritten) authorizing anyone aside from me to access the Email Account, other than the system administrator, Mr. Rivas, who could access it only on a limited basis for the purpose of performing maintenance, repairs, or software patches.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 19 2019.

_____
Harry Sargeant, IV