# Defendant's Exhibit 32A:

# Hall's Whatsapp with Gilbert/Tonkyn 10/17/2016



# Extraction Report
Apple iPhone Logical

## Participants


\*\*\*

       3893@s.whatsapp.net
Daniel Hall (owner) (admin)


\*\*\*

       7416@s.whatsapp.net
James


\*\*\*

       6428@s.whatsapp.net
Dan Tonkyn

## Conversation - Instant Messages (1)

       3893@s.whatsapp.net Daniel Hall        16/10/2016 22:22:13(UTC+1)   

Attachments:



https://mmi285.whatsapp.net/d/zCY8nRzWdPn5
IyKA2YGgg1gD734/AgKB88l86NVjGNAEm9k7s
saueOcdXAGm7WGrUKH31ap9.enc
f7427ad6-506d-44a6-a72a-4b9db6a16f37.jpg

Source file: iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x16A1605 (Table: ZWAMESSAGE, ZWAMEDIAITEM, ZWAGROUPMEMBER, ZWAMESSAGEINFO, Size: 64077824 bytes)
iPhone/Applications/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x5722 (Size: 26440 bytes)
iPhone/Applications/net.whatsapp.WhatsApp/Library/Media/      3893-      3728@g.us/f/7/f7427ad6-506d-44a6-a72a-4b9db6a16f37.jpg : (Size: 275836 bytes)