# Defendant's Exhibit 100:

# Ho, ho, ho Email

From: DHall@burfordcapital.com
Sent: Friday, October 14, 2016, 9:23 PM
To: Alex MacInnes-Ostrouch <AMacInnes@burfordcapital.com>; Bianca Beam <BBeam@burfordcapital.com>; Benjamin Dinolt <BDinolt@burfordcapital.com>
Subject: HS3
Attachments: HS3 couple.JPG; Sam 2.JPG

Look what I have…. Ho ho ho.

A 'viewing' is probably worth having back in London…..


**Daniel Hall**
Director

**BURFORD CAPITAL**
O: +44 (0)203 814 3696
M: +44 (0)7747 013893
www.burfordcapital.com

This email may contain material that is confidential, privileged and/or attorney work product and is for the sole use of the intended recipient.  Any unauthorized review, reliance, distribution or other disclosure of this message (including any attachments) is strictly prohibited.  If you are not the intended recipient, please immediately contact the sender and delete all copies.  Burford is a provider of investment capital and risk solutions for litigation; it is not a law firm and must not be relied upon for legal advice.  Burford only commits to investments and other transactions through properly executed definitive documents and not through email.  This email is not a solicitation or offering of securities.

Confidential                                                                                                                                                                             BUR_0504717