UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80748-ALTMAN/Reinhart

DANIEL HALL,
BURFORD CAPITAL LLC, and
DUNDROD INVESTMENTS LTD.,

    Plaintiffs,

v.

HARRY SARGEANT, III,

    Defendant.

_____/

### DECLARATION OF ANDREW E. GOLDSMITH IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Andrew E. Goldsmith, declare:

1. I am a partner of the firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Daniel Hall, Burford Capital LLC, and Dundrod Investments Ltd. ("Plaintiffs"), in the above-captioned action. I am familiar with the various files and records pertaining to this matter. I submit this Declaration in Support of Plaintiffs' Response to Defendant's Statement of Undisputed Material Facts and Statement of Additional Undisputed Material Facts In Opposition to Defendant's Motion for Summary Judgment:

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of Aviva Will, taken on March 12, 2019

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Daniel Hall, taken on May 1, 2019.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Daniel Sargeant, taken on June 26 and 27, 2019.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the deposition of Ernesto Daniel Rivas, taken on June 20, 2019.

6. Attached hereto as Exhibit 5 is a true and correct copy of BUR_0003764, an Assignment of Judgment, dated effective as of January 12, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of BUR_0504716, an email, dated August 17, 2016.

8. Attached hereto as Exhibit 7 is a true and correct copy of BUR_0504720, an email, dated October 27, 2016, excluding its attachments.

9. Attached hereto as Exhibit 8 is a true and correct copy of BUR_0504779, an email, dated October 28, 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 6th day of September, 2019.

_____
Andrew E. Goldsmith