# Defendant's Exhibit 120A:

# Second Declaration of Harry Sargeant, IV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-80748-ALTMAN/Reinhart

DANIEL HALL,
BURFORD CAPITAL LLC, and
DUNDROD INVESTMENTS LTD.,

    Plaintiffs,

v.

HARRY SARGEANT, III,

    Defendant.

_____/

## SECOND DECLARATION OF HARRY SARGEANT, IV

I, Harry Sargeant, IV, hereby state and declare as follows:

1. I am over the age of majority and am competent to make the statements in this declaration. The statements set forth herein are based upon my personal knowledge. I provide this declaration for use in the above-captioned case and for no other purpose.

2. I incorporate herein the statements made in my declaration in the above-captioned case, dated August 19, 2019 (the "First Declaration").

3. As set forth in the First Declaration, from approximately 2010 through 2012, I worked as an employee and received my pay from Sargeant Bulktainers, and performed work for Sargeant Marine, Inc. and Sargeant Trading, which were all located at 3020 North Military Trail, #100, Boca Raton, Palm Beach County, Florida (the "Sargeant Family Office"). Also operating out of that location were numerous other business entities also owned by Harry Sargeant, III, Harry Sargeant, Jr., Daniel Sargeant, and/or James Sargeant (collectively, the "Sargeant Family Businesses").

4. Sargeant Marine, Inc. owned a computer server (the "Sargeant Server") located at the Sargeant Family Office.

5. During that time, I owned and used an email account on the Sargeant Server with the following email address: hsargeantiv@sargeant.net (the "Email Account").

6. The Email Account contained my private and confidential business and personal information. The Email Account was treated as my personal property the entire time I was associated with the Sargeant Family Businesses and there were no restrictions on my use of the Email Account.

7. Sargeant Marine, Inc. and the Sargeant Family Businesses had no official or unofficial, written or unwritten, policies or procedures governing access to the Email Account, or access to information from that account. I never saw or was asked to sign a policy governing access to the Email Account, or access to information from that account, or access to the Sargeant Server.

8. I would regularly visit the kitchen in the Sargeant Family Office when I was in that office. I did not see any policies or procedures governing access to the Email Account (or any email account) or the Sargeant Server, or access to information from the Email Account (or any email account) or the Sargeant Server, or any other IT policies, posted in the kitchen or elsewhere in the Sargeant Family Office.

9. Harry Sargeant III ("HS3") also had an email account on the Sargeant Server with the following email address: hsargeantjr@sargeant.net (the "HS3 Email Account"). I am not aware of HS3 ever providing anyone the password to the HS3 Email Account and I never had the password to the HS3 Email Account.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on September 6, 2019.

_____
Harry Sargeant, IV