# EXHIBIT 1

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
              CASE NO.  18-CV-80748-ALTMAN/REINHART
 3

 4    DANIEL HALL, BURFORD
      CAPITAL, LLC, and DUNDROD
 5    INVESTMENTS, LTD.,

 6            Plaintiffs,

 7    -vs-

 8    HARRY SARGEANT, III,

 9            Defendant.
      _____
10

11                     CORRECTED TRANSCRIPT

12       EXCERPTS OF THIS TRANSCRIPT HAVE BEEN DECLARED
         CONFIDENTIAL AND ARE CONTAINED UNDER SEPARATE COVER
13

14             DEPOSITION OF HARRY SARGEANT, JR.
                      Pages 1 through 187
15                         VIDEOTAPED

16
                      Friday, June 21, 2019
17                   10:09 a.m. - 2:10 p.m.

18

19                    One Town Center Road
                           Suite 301
20                   Boca Raton, Florida 33486

21

22
                  Stenographically Reported By:
23                   Denise Cupelli, RPR, FPR
                  Registered Professional Reporter
24                 Florida Professional Reporter

25
```

```
 1  right?
 2       A.   I would guess they are.
 3       Q.   Would you have any objection to giving them
 4  back?
 5            MR. WERTMAN:  Objection.
 6            MR. DANON:  Objection.
 7            MR. WERTMAN:  That's a legal question.  And
 8       we're not giving them back.  It's company property.
 9       You know that, so don't ask him to.
10            MR. McCABE:  I don't know that.
11            MR. WERTMAN:  He's not committing to anything
12       within a deposition.  Let's go on.
13  BY MR. McCABE:
14       Q.   Do you believe that Harry, III's sex videos
15  are company property of Sargeant Marine?
16       A.   I would -- I believe that anything that he put
17  on the server is company property.
18       Q.   Okay.  But did you know did Harry --
19       A.   If you want to go over there and use it and
20  you put something on there, it's the company's property.
21  It's mine.
22       Q.   If -- Harry, III had an office at Sargeant
23  Marine, right?
24       A.   Yes.
25       Q.   Did he have any pictures of his family or his
```

```
 1        A.   Yes.
 2        Q.   And if you go to the second paragraph in this
 3   89D, it says the first sentence of that paragraph:
 4   "These systems are company property."  Do you see that?
 5        A.   Yes.
 6        Q.   Was that your understanding also?
 7        A.   Yes.
 8        Q.   And I think you said earlier, you knew that
 9   for a fact, because you actually saw that you paid, or
10   Sargeant Marine paid for the equipment, right?
11        A.   Of course.
12        Q.   And that's true, right?  It paid for the
13   equipment?
14        A.   Yes, yes.
15        Q.   And so even separate and apart from this
16   policy being written on paper, your understanding was
17   that Sargeant Marine owned whatever property was in the
18   computers, in the servers, or anything that was saved on
19   it, right?
20        A.   And the cell phones, and the whole schmear.
21        Q.   It owned it all?
22        A.   Yes.
23        Q.   Did you ever have any conversations with your
24   son, Harry Sargeant, III in which the issue of the
25   ownership of the computers and the server were
```