UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80748-CIV-ALTMAN/Reinhart

**DANIEL HALL**, *et al.*,

    **Plaintiffs**,

v.

**HARRY SARGEANT, III**,

    **Defendant**.

_____/

## ORDER

**THIS MATTER** came before the Court at a Motions hearing on November 21, 2019. For the reasons stated in open court at that hearing, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Plaintiffs' Motion to Exclude Expert Testimony [ECF No. 318] is **GRANTED IN PART and DENIED IN PART**:

    a. The testimony of Jesse H. Diner is excluded, except as it relates to professional codes of conduct and standards of practices.

    b. The testimony of Shawn E. Tuma is excluded in full.

    c. The testimony of David Reade is not excluded, except insofar as Paragraphs 8 and 9 of his expert report purport to expound upon either (1) American law or (2) the parties' intentions and understandings in ratifying the settlement agreement.

    d. The testimony of Mark Lanterman is not excluded, except that, if this case proceeds to trial, Lanterman will not be permitted to use the phrase "protected computer."

2. The Defendant's Motion to Exclude Expert Testimony [ECF No. 319] is **DENIED**.

3. The Plaintiffs' Motion to Strike Declarations [ECF No. 336] is **GRANTED IN PART and DENIED IN PART**. The Motion is **GRANTED** as to the declaration of Ali Rahman—except as to paragraphs 1, 4, 10, and 11 of that declaration. The Motion is **DENIED** in all other respects.

4. The Plaintiffs' Motion to Strike Supplemental Declarations [ECF No. 355] is **GRANTED IN PART and DENIED IN PART**. The Motion is **GRANTED** as to the rebuttal declaration of Mark Lanterman. The Motion is **DENIED** in all other respects.

5. The parties are directed to submit, on or before **December 6, 2019**, supplemental briefs of no more than ten (10) pages concerning whether Burford Capital, LLC, and Dundrod Investments, Ltd., have standing to bring their breach of contract claim.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record