UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80748-CIV-ALTMAN/Reinhart

**DANIEL HALL**, *et al.*,

   *Plaintiffs*,

v.

**HARRY SARGEANT, III**,

   *Defendant*.

_____/

**ORDER**

On December 18, 2020, the Plaintiffs—Daniel Hall, Burford Capital LLC ("Burford Capital"), and Dundrod Investments Ltd. ("Dundrod")—filed a Motion for Bench Trial ("Motion") [ECF No. 461]. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). The Defendant has failed to respond to the Motion, and the time to do so has passed.

Accordingly, it is hereby **ORDERED** that the Defendant shall respond to the Motion by **January 8, 2020**. Failure to comply with this Order will result in the Motion being granted by default.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of January 2021.

                                                                                     **ROY K. ALTMAN**
                                                                                    **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record