UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80748-CIV-ALTMAN/Reinhart

**DANIEL HALL**, *et al.*,

    *Plaintiffs*,

v.

**HARRY SARGEANT, III**,

    *Defendant*.

_____/

## ORDER

Due to the ongoing COVID-19 pandemic, jury trials have been suspended in this District. *See* S.D. Fla. Administrative Order 2021-12 (Feb. 10, 2021). Accordingly, the Court will stay and administratively close this case. This Order, however, will not affect the current trial date of September 27, 2021, *see* Order [ECF No. 448], which will remain in place unless altered by court order. The Court has taken the Plaintiffs' Motion for Bench Trial [ECF No. 461] under advisement and will rule on that Motion, notwithstanding the administrative closure. The stay and administrative closure will not prejudice the parties' rights in any way.

Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. This case is hereby **STAYED**. The Clerk of Court shall **CLOSE** this case. All pending motions—other than the Plaintiff's Motion for Bench Trial [ECF No. 461]—are **DENIED AS MOOT**. All deadlines are **TERMINATED**.

2. The parties may move to re-open the case at any time for good cause.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of March 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record