**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80748-ALTMAN/Reinhart**

DANIEL HALL, BURFORD
CAPITAL LLC, AND DUNDROD
INVESTMENTS LTD.,

                Plaintiffs,

   v.

HARRY SARGEANT, III,

                Defendant.

_____/

## HARRY SARGEANT, III'S MOTION TO RE-OPEN CASE OR, IN THE ALTERNATIVE, MODIFY ORDER ADMINISTRATIVELY CLOSING CASE

    Defendant, Harry Sargeant, III ("HS3"), by and through his undersigned counsel, and pursuant to the Court's March 23, 2021 Order, (Dkt. 470, the "Order") respectfully moves to re-open the above-captioned case or, in the alternative, modify the Order so that the Court may consider HS3's Motion for Sanctions for Perjury and Discovery Abuse and/or Reconsideration of Omnibus Order (the "Motion"), filed concurrently herewith, while the case remains administratively closed. HS3 states as follows in support:

    On March 23, 2021, due to the ongoing COVID-19 pandemic, the Court entered its Order administratively closing this case. The Order: (a) left in place the current trial date of September 27, 2021; (b) provided the Court would rule on the pending Motion for Bench Trial; and (c) permitted the parties to "move re-open the case at any time for good cause." Dkt. 470 at 1. Good cause to re-open the case now exits, as HS3 recently learned that Plaintiff Daniel Hall ("Hall") committed perjury throughout his deposition, and his lies were echoed throughout this case.

    Specifically, on April 2, 2021, 21 months after discovery closed, Plaintiffs' counsel produced to HS3 WhatsApp messages between Hall and Alex MacInnes-Ostrouch, which Plaintiffs' counsel claims previously were overlooked. In the messages, Hall unequivocally states that he wants HS3's sex tapes and will not give Daniel Sargeant certain material concerning

1

Wilmer Ruperti unless and until Daniel Sargeant gives Hall the tapes. The impact these admissions have on this action cannot be understated.

This newly disclosed evidences proves not only that Hall repeatedly lied during his deposition, but also that Plaintiffs' claims, testimony, and arguments presented to this Court were tainted by perjury. Hall's lies were echoed and reiterated by Burford Capital, LLC's 30(b)(6) witness, Aviva Will ("Will"), in its deposition and relied upon by Plaintiffs' counsel in their representations to this Court throughout these proceedings. Indeed, the Court relied on Will and Hall's deposition testimony regarding whether Hall was after HS3's sex tapes in denying HS3 summary judgment on, among other things, the issue of whether Hall was a "releasee" under the Release. However, the recently produced WhatsApp messages unequivocally demonstrate, in Hall's own words, that Hall was specifically seeking HS3's sex tapes. Hall's lies were enabled by Plaintiffs' failure to disclose the WhatsApp messages until *nearly two years* after discovery closed and after the case had already been set for trial *three times*. Indeed, but-for the COVID-19 pandemic, trial would have come and gone without HS3 ever learning of this key piece of evidence or Hall's perjury.

In light of these newly disclosed WhatsApp messages, good cause exists to reopen this matter so that HS3 may move for sanctions against Plaintiffs and for reconsideration of the Order. Thus, for the reasons stated herein, and in the Motion, HS3 respectfully requests that the Court re-open this case. Alternatively, the Court should modify its Order to provide that the Court is considering the Motion, just as the Court is considering the Motion for Bench Trial. *See* Dkt. 470 at 1.

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

HS3's counsel conferred with counsel for Plaintiffs prior to the filing of this motion, and Plaintiffs oppose the relief requested herein.

Dated:  April 30, 2021

Ryon M. McCabe (FBN 9075)
rmccabe@mccaberabin.com
Adam T. Rabin (FBN 985635)
arabin@mccaberabin.com
Lauren E. Johnson (FBN 112027)
ljohnson@mccaberabin.com
**MCCABE RABIN, P.A**.
1601 Forum Pl Ste. 201
West Palm Beach, FL 33401-8102
Office: 561-659-7878

Respectfully submitted,

*/s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
ckise@foley.com
Melissa B. Coffey (FBN 84090)
mcoffey@foley.com
Scott T. Allen (*admitted pro hac vice*)
sallen@foley.com
Heather A. Lee (FBN 1011026)
hlee@foley.com
Caroline M. Poor (FBN 1018391)
cpoor@foley.com
**FOLEY & LARDNER LLP**
106 East College Avenue, Suite 900
Tallahassee, FL 32301-7732
Tel: (850) 222-6100

Curtis B. Miner (FBN 885681)
curt@colson.com
Stephanie A. Casey (FBN 97483)
scasey@colson.com
**COLSON HICKS EIDSON**
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400

*Counsel for Defendant Harry Sargeant, III*

3