UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80748-ALTMAN/REINHART

DANIEL HALL,
BURFORD CAPITAL LLC, and
DUNDROD INVESTMENTS LTD.,

 *Plaintiffs*,

 v.

HARRY SARGEANT, III,

 *Defendant*.
_____/

**MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF
PLAINTIFFS' OPPOSITION TO DEFENDANT HARRY SARGEANT, III'S
MOTION FOR SANCTIONS AND/OR RECONSIDERATION OF OMNIBUS ORDER**

 Plaintiffs Daniel Hall, Burford Capital LLC, and Dundrod Investments Ltd., by and through undersigned counsel, and pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida and the Stipulation and Confidentiality Order, ECF No. 111 (Feb. 27, 2019) (the "Confidentiality Order"), respectfully move this Court for an Order permitting Plaintiffs to file under seal portions of their Opposition to Defendant Harry Sargeant, III's Motion for Sanctions and/or Reconsideration of Omnibus Order, filed May 19, 2021 (the "Opposition"). Plaintiffs would do so by filing a redacted version of the Opposition on the public docket and an unredacted version under seal.

 The Parties have designated certain materials produced and testimony given during discovery in this case as Confidential, pursuant to the Confidentiality Order. The Confidentiality Order (¶ 9) provides that any party "seeking to file Confidential Material or the content or substance thereof with the Court must do so under seal in accordance with the Court's rules and procedures for filing sealed items."

 The Opposition quotes (a) ECF No. 248-1, which the Court previously ordered filed under seal, *see* ECF No. 244; (b) ECF No. 323-1, which the Court previously ordered filed under seal, *see* ECF No. 329 (c) ECF No. 323-61, which the Court previously ordered filed under seal,

*see* ECF No. 329; (d) ECF No. 337-3, which the Court previously ordered filed under seal, *see* ECF No. 345; and (e) ECF No. 472-2, which the Court previously ordered filed under seal, *see* ECF No. 474.

Accordingly, Plaintiffs respectfully request that this Court enter an Order permitting Plaintiffs to file on the public docket a version of the Opposition with the quotations of the above-mentioned documents redacted, and an unredacted version of the Opposition under seal.

### LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movants has conferred with all parties or non-parties who may be affected by the relief sought in this motion to file under seal, and Defendant Harry Sargeant, III does not oppose the relief requested in this motion.

DATED: May 19, 2021

Respectfully submitted,

*/s/ Samuel A. Danon*
Samuel A. Danon (FBN 892671)
Armando Cordoves, Jr. (FBN 112425)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Tel.: (305) 810-2500
Email:  sdanon@HuntonAK.com
Email:  acordoves@HuntonAK.com

Derek T. Ho (*pro hac vice*)
Andrew E. Goldsmith (*pro hac vice*)
Minsuk Han (*pro hac vice*)
KELLOGG, HANSEN, TODD
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Email:  dho@kellogghansen.com
Email:  agoldsmith@kellogghansen.com
Email:  mhan@kellogghansen.com

*Counsel for Plaintiffs Daniel Hall, Burford Capital LLC, and Dundrod Investments Ltd.*