UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80748-ALTMAN/Reinhart

DANIEL HALL, BURFORD CAPITAL LLC,
and DUNDROD INVESTMENTS LTD.,

      Plaintiffs,

v.

HARRY SARGEANT, III,

      Defendant.

_____/

**JOINT MOTION FOR DISMISSAL AND
FOR RETENTION OF JURISDICTION**

Plaintiffs Daniel Hall, Burford Capital LLC ("Burford Capital"), and Dundrod Investments Ltd. ("Dundrod") and Defendant Harry Sargeant, III ("HS3"; together with Plaintiffs, the "Parties") stipulate and agree as follows:

WHEREAS the Parties have entered a settlement agreement that resolves all disputes among them; and

WHEREAS the Parties consent to the ongoing jurisdiction of the Court for purposes of enforcing that settlement agreement;

THEREFORE the Parties jointly request that the Court enter an Order pursuant to Federal Rule of Civil Procedure 41(a)(2):

1. dismissing Plaintiffs' pending claims with prejudice, with each side covering its own fees and costs, and

2. retaining jurisdiction over the Parties for purposes of enforcing the Parties' settlement agreement.

Dated: November 9, 2021                                   Respectfully submitted,

/s/ Melissa B. Coffey                                     /s/ Samuel A. Danon
Christopher M. Kise (FBN 855545)                          Samuel A. Danon (FBN 892671)
ckise@foley.com                                           sdanon@huntonak.com
Melissa B. Coffey (FBN 84090)                             Armando Cordoves, Jr. (FBN 112425)
mcoffey@foley.com                                         acordoves@huntonak.com
Foley & Lardner, LLP                                      Hunton Andrews Kurth LLP
106 East College Avenue, Ste. 900                         1111 Brickell Avenue, Ste. 2500
Tallahassee, FL 32301-7732                                Miami, FL 33131

Ryon M. McCabe (FBN 9075)                                 Derek T. Ho (*pro hac vice*)
rmccabe@mccaberabin.com                                   dho@kellogghansen.com
e-filing@mccaberabin.com                                  Andrew E. Goldsmith (*pro hac vice*)
Adam T. Rabin (FBN 985635)                                agoldsmith@kellogghansen.com
arabin@mccaberabin.com                                    Minsuk Han (*pro hac vice*)
Lauren E. Johnson (FBN 112027)                            mhan@kellogghansen.com
ljohnson@mccaberabin.com                                  Kellogg, Hansen, Todd,
McCabe Rabin, P.A.                                          Figel & Frederick, P.L.L.C.
1601 Forum Place, Ste. 201                                1615 M. Street, N.W., Ste. 400
West Palm Beach, FL 33401                                 Washington, D.C. 20036

Gregory W. Coleman (FBN 856831)                           *Counsel for Plaintiffs Daniel Hall, Burford*
gcoleman@lawclc.com                                       *Capital LLC, and Dundrod Investments Ltd.*
Critton, Luttier & Coleman, LLP
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401

*Counsel for Defendant Harry Sargeant, III*