UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 18-80748-CIV-ALTMAN/Reinhart**

**DANIEL HALL**, *et al.*,

    *Plaintiffs*,

v.

**HARRY SARGEANT, III**,

    *Defendant*.

_____/

## ORDER

The parties have filed a Joint Motion for Dismissal with Prejudice [ECF No. 495] (the "Joint Motion") under Federal Rule of Civil Procedure 41(a)(2). Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to. This action shall remain closed, but the Court will **RETAIN** jurisdiction to enforce the Settlement Agreement that the Parties have reached.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November 2021.

                                        **ROY K. ALTMAN**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record